| | |
|---|---|
| 1 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 2 | Alan R. Plutzik (Bar No. 077785) |
| | L. Timothy Fisher (Bar No. 191626) |
| 3 | Kathryn A. Schofield (Bar No. 202939) |
| | 2125 Oak Grove Road, Suite 120 |
| 4 | Walnut Creek, California 94598 |
| | Telephone: (925) 945-0200 |
| 5 | Facsimile: (925) 945-8792 |
| 6 | SCHIFFRIN & BARROWAY LLP |
| | Eric L. Zagar |
| 7 | Robin Winchester |
| | Sandra G. Smith |
| 8 | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| 9 | Telephone: (610) 667-7706 |
| | Facsimile: (610) 667-7056 |
| 10 | *Counsel for Plaintiff Desai* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION               *E-FILED - 1/9/07*

| | |
|---|---|
| SUNANDA A. DESAI, as Trustee of and for the SUNANDA A. DESAI REVOCABLE TRUST, Derivatively on Behalf of Nominal Defendant FOUNDRY NETWORKS, INC., | Case No. C06-05598 RMW |
| Plaintiff, | **STIPULATION POSTPONING CASE MANAGEMENT CONFERENCE** AND ORDER |
| v. | |
| BOBBY R. JOHNSON, JR., LAURENCE L. AKIN, TIMOTHY D. HEFFNER, KEN K. CHENG, KARL D. TRIEBES, LEE CHEN, WILLIAM S. KALLAOS, ROBERT W. SHACKLETON, C. NICHOLAS KEATING, ALFRED J. AMOROSO and J. STEVEN YOUNG, | |
| Defendants, | |
| and, | |
| FOUNDRY NETWORKS, INC., | |
| Nominal Defendant. | |

1  WHEREAS, by Order dated December 8, 2006, this Court entered the Stipulation and Order Consolidating Cases for All Purposes and Setting Schedule for Filing of Consolidated Complaint (the "Consolidation Order");

WHEREAS, the Consolidation Order provides that a consolidated complaint will be filed no later than 45 days from the entry of an order appointing lead plaintiffs and/or lead counsel;

WHEREAS, there are currently pending before the Court two motions for appointment of lead plaintiffs and lead counsel, scheduled to be heard on January 12, 2007;

WHEREAS, there is a case management conference currently scheduled in the above action for January 9, 2007 (the "Case Management Conference");

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendants, through their respective counsel of record, that the Case Management Conference shall be taken off calendar and rescheduled at the convenience of the Court following the appointment of Lead Plaintiffs and/or Lead Counsel. The rescheduled Case Management Conference shall be for the consolidated action, and not the individual above action.

I, Kathryn A. Schofield, am the ECF User whose identification and password are being used to file the Stipulation in compliance with General Order 45.X.B, hereby attest that the other signatory has concurred in this filing.

Dated: December 15, 2006          BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP


By: _____/s/ Kathryn A. Schofield_____

Alan R. Plutzik
L. Timothy Fisher
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

```
                    SCHIFFRIN & BARROWAY LLP
                    Eric L. Zagar
                    Robin Winchester
                    Sandra G. Smith
                    280 King of Prussia Road
                    Radnor, PA  19087
                    Telephone:  (610) 667-7706
                    Facsimile:  (610) 667-7056
```

*Counsel for Plaintiff Desai*

Dated: December __, 2006      DLA PIPER

                              By:   /s/ Gerard A. Trippitelli

```
                    Gerard A. Trippitelli
                    401 B Street, Suite 1700
                    San Diego, CA  92101-4297
                    Telephone:  (619) 699-2766
                    Facsimile:  (619) 699-2701
```

*Counsel for Defendants and Nominal Defendants*

*   *   *

### ORDER

The Case Management Conference is hereby continued to March 2, 2007 @ 10;30 a.m.  (jg)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  1/9/07                          /S/ RONALD M. WHYTE