1  Lynn Lincoln Sarko
   lsarko@kellerrohrback.com
2  Juli E. Farris, CA Bar No. 141716
   jfarris@kellerrohrback.com
3  Elizabeth A. Leland
4  bleland@kellerrohrback.com
   Cari C. Laufenberg
5  claufenberg@kellerrohrback.com
   Keller Rohrback L.L.P.
6  1201 Third Avenue, Suite 3200
   Seattle, WA  98101-3052
7  (206) 623-1900 (phone); (206) 623-3384 (fax)
8
   Eric L. Zagar
9  ezagar@sbtklaw.com
   Robin Winchester
10 rwinchester@sbtklaw.com
   Michael C. Wagner
11 mwagner@sbtklaw.com
12 Schiffrin Barroway Topaz & Kessler, LLP
   280 King of Prussia Road
13 Radnor, PA  19087
   (610) 667-7706 (phone); (610) 667-7056 (fax)
14
15 *Co-Lead Counsel*

16

UNITED STATES DISTRICT COURT
17
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
18
*E-FILED - 2/28/07*

19
IN RE FOUNDRY NETWORKS, INC. | Master File No. C-06-05598-RMW
20  DERIVATIVE LITIGATION

21
                                           STIPULATION AND []
22  THIS DOCUMENT RELATES TO:   ORDER CONTINUING INITIAL CASE
                                           MANAGEMENT CONFERENCE
23  All Actions

24

25
        WHEREAS, the Initial Case Management Conference (the "Conference") is currently
26
scheduled for 10:30 a.m. on March 2, 2007;


STIPULATION AND [] ORDER
CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
 (Cause No. 06-05598-RMW) - Page - 1

1      WHEREAS, pursuant to this Court's Order Consolidating Cases, dated December 8, 2006, Plaintiffs are presently obligated to file a Consolidated Complaint within 45 days of appointment of Lead Counsel, and Nominal Defendant Foundry Networks, Inc. and all of the individual Defendants (collectively, the "Defendants") are not obligated to respond to any of the current or pre-existing complaints;

      WHEREAS, Lead Counsel was appointed on February 12, 2007, so that, pursuant to this Court's December 8, 2006 Order (the "Order"), the Consolidated Complaint is to be filed on or before March 29, 2007 and Defendants' response is due 45 days thereafter;

      WHEREAS, Defendants take the position that all discovery in this matter is stayed under the Private Securities Litigation Act and state law until after the Court has ruled on the Defendants' anticipated motion to dismiss the Consolidated Complaint for which briefing will be completed on or about June 8, 2007;

      WHEREAS, in light of the current procedural posture of this matter, the parties believe that it would be premature to discuss discovery and other case management issues at this time and, therefore, the interests of judicial economy are better served by postponing the Conference until after Defendants have responded to Plaintiffs' Consolidated Complaint; and

      WHEREAS, the parties have consulted the Court's calendar and Calendar Clerk, and understand that the Court would be available for a Conference at 10:30 a.m. on June 1, 2007;

      IT IS THEREFORE STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, that:

      The Initial Case Management Conference scheduled for 10:30 a.m. on March 2, 2007 shall be taken off the calendar and rescheduled for 10:30 a.m. on June 1, 2007, or at another time convenient for the Court.

STIPULATION AND [] ORDER
CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
 (Cause No. 06-05598-RMW) - Page - 2

DATED February 21, 2007.

        /s/Juli E. Farris
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris, CA Bar #141716
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Cari C. Laufenberg
claufenberg@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
(206) 623-1900 (phone); (206) 623-3384 (fax)

Eric L. Zagar
ezagar@sbtklaw.com
Robin Winchester
rwinchester@sbtklaw.com
Michael C. Wagner
mwagner@sbtklaw.com
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706 (phone); (610) 667-7056 (fax)

***Co-Lead Counsel***

DATED February 21, 2007.

        /s/Gerard A. Trippitelli
Shirli F. Weiss
Gerard A. Trippitelli
DLA Piper
401 B Street, Suite 1700
San Diego, CA  92101-4297
(619) 699-2766 (phone); (619) 699-2701 (fax)

***Counsel for Defendants and Nominal Defendant***

I, Juli E. Farris, am the ECF user whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT

STIPULATION AND [] ORDER
CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
 (Cause No. 06-05598-RMW) - Page - 3

1  CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Gerard A.

2  Trippitelli has concurred in this filing.

                                /s/Juli E. Farris
                              Juli E. Farris, CA Bar No. 141716
                              KELLER ROHRBACK L.L.P.
                              1201Third Avenue, Suite 3200
                              Seattle, WA 98101
                              (206) 623-1900 (phone); (206) 623-3384 (fax)
                              jfarris@kellerrohrback.com

*   *   *

**ORDER**

      PURSUANT TO STIPULATION, the Initial Case Management Conference scheduled for 10:30 a.m. on March 2, 2007 shall be taken off the calendar and rescheduled for 10:30 a.m. on June 1, 2007.

      IT IS SO ORDERED.

DATED:  2/28/07                           *Ronald M. Whyte*
                                            THE HONORABLE RONALD M. WHYTE
                                            UNITED STATES DISTRICT JUDGE