| | |
|---|---|
| 1 | BORIS FELDMAN, State Bar No. 128838 |
| 2 | BAHRAM SEYEDIN-NOOR, State Bar No. 203244 |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
|   | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
|   | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
|   | Email: boris.feldman@wsgr.com |
| 6 | Email: bnoor@wsgr.com |

Attorneys for Defendant
BOBBY R. JOHNSON, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 5/7/07*

| | |
|---|---|
| IN RE FOUNDRY NETWORKS, INC. DERIVATIVE LITIGATION | Master File No. C-06-05598-RMW |
| This Document Relates to:  ALL ACTIONS. | **NOTICE OF WITHDRAWAL AND SIMULTANEOUS APPEARANCE OF SUBSTITUTE COUNSEL AND [] ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately Defendant BOBBY R. JOHNSON, JR. hereby designates the law firm of WILSON SONSINI GOODRICH & ROSATI, 650 Page Mill Road, Palo Alto, California, telephone number (650) 493-9300, as his attorneys of record in lieu and in place of the law firm of DLA PIPER US LLP, 401 B Street, Suite 1700, San Diego, California, telephone number (619) 699-2766.

1  THE UNDERSIGNED CONSENT TO THE ABOVE WITHDRAWAL:

3  Dated: March 28, 2007               /s/ Bobby R. Johnson, Jr.
                                          Bobby R. Johnson, Jr.

6  Dated: March 28, 2007              DLA PIPER US LLP

                                      By:   /s/ Gerard Trippitelli, Esq.
                                               Gerard Trippitelli, Esq.

10  SUBSTITUTION ACCEPTED:

11  Dated: March 28, 2007             WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation

                                      By:   /s/ Bahram Seyedin-Noor, Esq.
                                               Bahram Seyedin-Noor, Esq.

**ORDER**

SO ORDERED.

Dated: May 7, 2007

*Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, Section X.B. regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Bobby R. Johnson, Jr. and Gerard Trippitelli.

Dated: March 28, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Bahram Seyedin-Noor
        Bahram Seyedin-Noor

Attorneys for Defendant
Bobby R. Johnson, Jr.