1  SHIRLI F. WEISS, Bar No. 079225
   shirli.weiss@dlapiper.com
2  GERARD A. TRIPPITELLI, Bar No. 235788
   jerry.trippitelli@dlapiper.com
3  DLA PIPER US LLP
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel:  619.699.2700
5  Fax:  619.699.2701

6  Attorneys for Nominal Defendant Foundry
   Networks, Inc. and Defendants Alfred J. Amoroso,
7  C. Nicholas Keating, Jr., J. Steven Young, Laurence
   L. Akin, Ken K. Cheng, John P. Burger, Benjamin
8  D. Taft, Paul L. Twombly, Richard W. Bridges,
   Chandra Kopparapu, Ivy Pei Shan Hsu, Karl D.
9  Triebes, Lee Chen, Robert W. Shackleton, William
   S. Kallaos, Andrew K. Ludwick
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14                                          ***E-FILED - 5/7/07***

15  IN RE FOUNDRY NETWORKS, INC.      Master File No.  C-06-05598-RMW
    DERIVATIVE LITIGATION
16                                    **STIPULATION AND []**
                                      **ORDER AMENDING BRIEFING**
17                                    **SCHEDULE**

18

19  THIS DOCUMENT RELATES TO:

20  ALL ACTIONS

21

22         WHEREAS, on December 8, 2006, this Court entered an "Order Consolidating Cases for

23  All Purposes and Setting Schedule for Filing of Consolidated Complaint (the "Consolidation

24  Order"); and

25         WHEREAS, the Consolidation Order included a schedule for (1) Plaintiffs' filing and

26  service of a consolidated complaint; (2) Nominal Defendant Foundry Network, Inc.'s

27  ("Foundry's") and the individual defendants' answers or other responses to such consolidated

28  complaint; and (3) any opposition briefs and reply briefs relating to a motion to dismiss filed by

1   Foundry and/or the individual defendants; and

2           WHEREAS, on March 26, 2007, Plaintiffs filed the Consolidated Derivative Complaint

3   (the "Consolidated Complaint"); and

4           WHEREAS, the Consolidated Complaint names the following persons as individual

5   defendants (collectively, the "Individual Defendants"): Bobby R. Johnson, Jr., Alfred J. Amoroso,

6   C. Nicholas Keating, Jr., J. Steven Young, Laurence L. Akin, Timothy D. Heffner, Ken K. Cheng,

7   John P. Burger, Benjamin D. Taft, Paul L. Twombly, Richard W. Bridges, Chandra Kopparapu,

8   Ivy Pei Shan Hsu, Karl D. Triebes, Lee Chen, Robert W. Shackleton, William S. Kallaos and

9   Andrew K. Ludwick; and

10           WHEREAS, Foundry, the Individual Defendants and Plaintiffs have agreed to amend the

11   briefing schedule set forth in the Consolidation Order to facilitate an orderly and efficient briefing

12   of motions to dismiss the Consolidated Complaint under Rules 23.1 and 12(b) of the Federal

13   Rules of Civil Procedure or otherwise, as set forth herein; and

14           THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs, Foundry and the

15   Individual Defendants, through their respective counsel of record, as follows:

16           1.         Paragraphs 9 and 10 of the Consolidation Order are amended and superseded by

17   this Stipulation and Order.  All other paragraphs of the Consolidation Order remain in full force

18   and effect.

19           2.         No later than 45 days after service of the Consolidated Complaint, Foundry shall

20   file its anticipated motion to dismiss the Consolidated Complaint for Plaintiffs' failure to satisfy

21   the requirements of Rule 23.1 of the Federal Rules of Civil Procedure for, among other reasons,

22   Plaintiffs' failure to make a pre-suit demand and failure to sufficiently plead that such demand

23   would have been excused (the "Rule 23.1 Motion").  Plaintiffs shall file and serve their

24   opposition to the Rule 23.1 Motion no later than 45 days after service of the Rule 23.1 Motion.

25   Foundry shall file and serve its reply to the opposition no later than 30 days after service of the

26   opposition.

27           3.         The Individual Defendants shall not be required to answer or otherwise respond to

28   the Consolidated Complaint unless the Court denies the Rule 23.1 Motion.  In the event that the

DLA PIPER US LLP
SAN DIEGO

-2-

MASTER FILE NO. C-06-05598-RMW
STIPULATION AND [] ORDER AMENDING BRIEFING SCHEDULE

1   Rule 23.1 Motion is denied, the Individual Defendants shall answer or otherwise respond to the

2   Consolidated Complaint no later than 45 days after the Court's entry of the Order denying the

3   Rule 23.1 Motion.  In the event that any of the Individual Defendants respond to the Consolidated

4   Complaint by filing motions directed at the Consolidated Complaint, (1) Plaintiffs shall file and

5   serve their opposition to such motions no later than 45 days after service of such motions and (2)

6   the moving Individual Defendants shall file and serve their reply no later than 30 days after

7   service of the opposition.

8       4.      If Foundry does not file the anticipated Rule 23.1 Motion, Foundry and each of the

9   Individual Defendants shall answer or otherwise respond to the Consolidated Complaint no later

10  than 45 days from the date of service of the Consolidated Complaint.  In the event that Foundry

11  and/or any of the Individual Defendants respond by filing any motion directed at the Consolidated

12  Complaint, (1) Plaintiffs shall file and serve their opposition to any such motion(s) no later than

13  45 days after the service of such motion(s) and (2) Foundry and/or the Individual Defendants, as

14  applicable, shall file and serve a reply no later than 30 days after service of the opposition.

15      5.      The parties agree that, by entering into this stipulation, they do not waive any

16  claim, argument or defense that they may have in this action and that nothing in this stipulation

17  limits the rights of any party to take any action not inconsistent with its express terms.

18  Dated:  April 17, 2007

19                                          DLA PIPER US LLP

20

21                                          By _____/s/ Shirli F. Weiss_____
                                                SHIRLI F. WEISS

22                                          Attorneys for Nominal Defendant Foundry
                                            Networks, Inc. and Defendants Alfred J. Amoroso,
23                                          C. Nicholas Keating, Jr., J. Steven Young,
                                            Laurence L. Akin, Ken K. Cheng, John P. Burger,
24                                          Benjamin D. Taft, Paul L. Twombly, Richard W.
                                            Bridges, Chandra Kopparapu, Ivy Pei Shan Hsu,
25                                          Karl D. Triebes, Lee Chen, Robert W. Shackleton,
                                            William S. Kallaos, Andrew K. Ludwick
26

27

28

DLA PIPER US LLP
SAN DIEGO

-3-

1

2    Dated:  April 17, 2007                          WILSON SONSINI GOODRICH & ROSATI PC

3

4                                                    By _____/s/ Boris Feldman_____
                                                         BORIS FELDMAN

5                                                    Attorneys for Defendant Bobby R. Johnson, Jr.

6

7

8         I, SHIRLI F. WEISS, am the ECF User whose ID and password are being used to file this

9    STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE.  In

10   compliance with General Order 45, X.B., I hereby attest that BORIS FELDMAN has concurred

11   in this filing.

12   Dated:  April 17, 2007                          KEKER & VAN NEST LLP

13

14                                                   By_____/s/ Elliot R. Peters_____
                                                         ELLIOT R. PETERS

15

16                                                   Attorneys for Defendant Timothy D. Heffner

17

18

19   I, SHIRLI F. WEISS, am the ECF User whose ID and password are being used to file this

20   STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE.  In

21   compliance with General Order 45, X.B., I hereby attest that ELLIOT R. PETERS has concurred

22   in this filing.

23

24

25

26

27

28

DLA PIPER US LLP
   SAN DIEGO

                                                   MASTER FILE NO. C-06-05598-RMW
                          STIPULATION AND [] ORDER AMENDING BRIEFING SCHEDULE

1   Dated:  April 17, 2007                    SCHIFFRIN BARROWAY TOPAZ & KESSLER
                                              LLP
2

3
                                             By_____/s/ Alan R. Plutzik_____
4                                                ALAN R. PLUTZIK

5                                            Co-Lead Counsel for Plaintiffs

6

7

8   I, SHIRLI F. WEISS, am the ECF User whose ID and password are being used to file this

9   STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE.  In

10  compliance with General Order 45, X.B., I hereby attest that ALAN R. PLUTZIK has concurred

11  in this filing.

12  Dated:  April 17, 2007                    KELLER ROHRBACK L.L.P.

13

14                                           By_____/s/ Julie E. Farris_____
                                                 JULIE E. FARRIS
15
                                             Co-Lead Counsel for Plaintiffs
16

17

18
    I, SHIRLI F. WEISS, am the ECF User whose ID and password are being used to file this
19
    STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE.  In
20
    compliance with General Order 45, X.B., I hereby attest that JULIE E. FARRIS has concurred in
21
    this filing.
22
                                    *     *     *     *
23
                                      **[] ORDER**
24
         PURSUANT TO STIPULATION, IT IS SO ORDERED.
25

26  DATED:  __5/7/07_____          _Ronald M. Whyte_____
                                        THE HONORABLE RONALD M. WHYTE
27                                      UNITED STATES DISTRICT JUDGE

28  GT\6527219.1

DLA PIPER US LLP
  SAN DIEGO                                     -5-
                                                        MASTER FILE NO. C-06-05598-RMW
                            STIPULATION AND [] ORDER AMENDING BRIEFING SCHEDULE