1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  ANDREW N. SHEN - #232499
   710 Sansome Street
3  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
4  Facsimile:  (415) 397-7188

5  Attorneys for Defendant
   TIMOTHY D. HEFFNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/6/07*

| In re FOUNDRY NETWORKS, INC. DERIVATIVE LITIGATION | Case No. C-06-05598 RMW |
|---|---|
| This Document Relates to:  ALL ACTIONS. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [] ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately defendant TIMOTHY D. HEFFNER hereby designates the law firm of KEKER & VAN NEST, LLP, 710 Sansome Street, San Francisco, California 94111, telephone (415) 391-5400, facsimile (415) 397-7188, as his attorneys of record in the place and stead of DLA PIPER US LLP, 401 B Street, Suite 1700, San Diego, California 92101, telephone (619) 699-2766.

THE UNDERSIGNED CONSENT TO THE ABOVE WITHDRAWAL:

Dated: May 24, 2007               /s/ Timothy D. Heffner
                                  TIMOTHY D. HEFFNER


Dated: May 24, 2007               DLA PIPER US LLP


                                  By: /s/ Shirli F. Weiss
                                      SHIRLI F. WEISS

SUBSTITUTION ACCEPTED:

Dated: May 24, 2007               KEKER & VAN NEST, LLP


                                  By: /s/ Andrew N. Shen
                                      ANDREW N. SHEN

SO ORDERED.

Dated: ___6/6___, 2007            *Ronald M. Whyte*
                                  HONORABLE RONALD M. WHYTE
                                  UNITED STATES DISTRICT JUDGE

---

1
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
AND [] ORDER
CASE NO. C-06-05598 RMW

395939.01

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, Section X.B, regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Timothy D. Heffner and Shirli F. Weiss.

Dated:  May 24, 2007                                    KEKER & VAN NEST, LLP


                                                    By:  /s/ Andrew N. Shen
                                                         ANDREW N. SHEN
                                                         Attorneys for Defendant
                                                         TIMOTHY D. HEFFNER