1  SHIRLI F. WEISS, Bar No. 079225
   shirli.weiss@dlapiper.com
2  GERARD A. TRIPPITELLI, Bar No. 235788
   jerry.trippitelli@dlapiper.com
3  DLA PIPER US LLP
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel:  619.699.2700
5  Fax:  619.699.2701

6  Attorneys for Nominal Defendant Foundry
   Networks, Inc. and Defendants Alfred J. Amoroso,
7  C. Nicholas Keating, Jr., J. Steven Young, Laurence
   L. Akin, Ken K. Cheng, John P. Burger, Benjamin
8  D. Taft, Paul L. Twombly, Richard W. Bridges,
   Chandra Kopparapu, Ivy Pei Shan Hsu, Karl D.
9  Triebes, Lee Chen, Robert W. Shackleton, William
   S. Kallaos, Andrew K. Ludwick

10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                SAN JOSE DIVISION    *E-FILED - 9/12/07*

14

15  IN RE FOUNDRY NETWORKS, INC.          Master File No.  C-06-05598-RMW
    DERIVATIVE LITIGATION
16                                        STIPULATION AND [PROPOSED]
                                          ORDER RE: MOTION TO DISMISS
17                                        ARGUMENT

18

19  THIS DOCUMENT RELATES TO:

20  ALL ACTIONS

21

22      WHEREAS, on June 1, 2007, the parties to the above-captioned matter attended a Case

23  Management Conference; and

24      WHEREAS, following the Case Management Conference the Court continued the Case

25  Management Conference to September 14, 2007 at 10:30 a.m., the same day as the motion to

26  dismiss argument; and

27      WHEREAS, September 14, 2007 immediately precedes Rosh Hashanah, which directly

28  impacts counsel for Plaintiffs; and

                                -1-

1  WHEREAS, Plaintiffs requested, and defendants agreed to, continue the Case

2  Management Conference and motion to dismiss argument to September 28, 2007 at 9:00 a.m.

3  THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs, Foundry and the

4  Individual Defendants, through their respective counsel of record, as follows:

5  1.  The Case Management Conference and motion to dismiss argument are

6  rescheduled for September 28, 2007 at 9:00 a.m.

7  2.  The parties agree that, by entering into this stipulation, they do not waive any

8  claim, argument or defense that they may have in this action and that nothing in this stipulation

9  limits the rights of any party to take any action not inconsistent with its express terms.

10

11

12  Dated:  August 22, 2007                    DLA PIPER US LLP

13

14  By_____/s/_____
                                           SHIRLI F. WEISS

15

16                                          Attorneys for Nominal Defendant Foundry
                                           Networks, Inc. and Defendants Alfred J. Amoroso,
17                                          C. Nicholas Keating, Jr., J. Steven Young,
                                           Laurence L. Akin, Ken K. Cheng, John P. Burger,
18                                          Benjamin D. Taft, Paul L. Twombly, Richard W.
                                           Bridges, Chandra Kopparapu, Ivy Pei Shan Hsu,
19                                          Karl D. Triebes, Lee Chen, Robert W. Shackleton,
                                           William S. Kallaos, Andrew K. Ludwick
20

21

22

23

24

25

26

27

28
                                          -2-

1

2   Dated:  August 22, 2007                    WILSON SONSINI GOODRICH & ROSATI PC

3

4                                              By_____/s/_____
                                                        BORIS FELDMAN
5
                                               Attorneys for Defendant Bobby R. Johnson, Jr.
6

7

8   Dated:  August 22, 2007                    KEKER & VAN NEST LLP

9

10                                             By _____/s/_____
                                                        ELLIOT R. PETERS
11
                                               Attorneys for Defendant Timothy D. Heffner
12

13

14  Dated:  August 22, 2007                    SCHIFFRIN BARROWAY TOPAZ & KESSLER
                                               LLP
15

16                                             By _____/s/_____
                                                        ALAN R. PLUTZIK
17
                                               Co-Lead Counsel for Plaintiffs
18

19

20  Dated:  August 22, 2007                    KELLER ROHRBACK L.L.P.
21

22                                             By _____/s/_____
                                                        JULI E. FARRIS
23
                                               Co-Lead Counsel for Plaintiffs
24

25

26

27

28
                                          -3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Attestation Pursuant To General Order 45**

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 22nd day of August, 2007 at Walnut Creek, California.

_____/s/ Alan R. Plutzik_____

\*     \*     \*     \*

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   9/12/07

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

-4-