BORIS FELDMAN, State Bar No. 128838
CYNTHIA DY, State Bar No. 172761
BRIAN DANITZ, State Bar No. 247403
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
Email: cdy@wsgr.com
Email: bdanitz@wsgr.com

Attorneys for Defendant
Bobby R. Johnson, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/27/07*

| | |
|---|---|
| IN RE FOUNDRY NETWORKS, INC. DERIVATIVE LITIGATION, | Master File No. C-06-05598-RMW |
| | **STIPULATION AND [] ORDER RE: HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

WHEREAS, pursuant to the parties' prior stipulation, on September 28, 2007 the Court is currently scheduled to hear oral argument on Nominal Defendant Foundry Networks, Inc.'s Motion to Dismiss Consolidated Derivative Complaint and hold a case management conference; and

WHEREAS, counsel for the parties have agreed to reschedule the hearing and case management conference so that they might first share certain information and further discuss whether it would be useful to go to mediation at this juncture;

WHEREAS, the parties have agreed to continue the case management conference and motion to dismiss hearing to November 30, 2007;

1    THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs, Foundry Networks, Inc. and all of the remaining Individual Defendants, through their respective counsel of record, as follows:

2.    1.    The hearing on nominal defendant Foundry Networks, Inc.'s motion to dismiss is rescheduled to November 30, 2007 at 9:00 a.m.

    2.    The case management conference is rescheduled to November 30, 2007 at 10:30 a.m.

    3.    The parties agree that, by entering into this stipulation, they do not waive any claim, argument or defense that they may have in this action and that nothing in this stipulation limits the rights of any party to take any action not inconsistent with its express terms.

Dated:  September 25, 2007                                    DLA PIPER US LLP


                                                              By: /s/ Shirli F. Weiss
                                                                  SHIRLI F. WEISS

                                                              Attorneys for Nominal Defendant Foundry
                                                              Networks, Inc. and Defendants Alfred
                                                              J. Amoroso, C. Nicholas Keating, Jr., J. Steven
                                                              Young, Laurence L. Akin, Ken K. Cheng,
                                                              John P. Burger, Benjamin D. Taft, Paul L.
                                                              Twombly, Richard W. Bridges, Chandra
                                                              Kopparapu, Ivy Pei Shan Hsu, Karl D. Triebes,
                                                              Lee Chen, Robert W. Shackleton, William S.
                                                              Kallaos, Andrew K. Ludwick

| | | |
|---|---|---|
| 1 | Dated:  September 25, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Cynthia A. Dy<br>        CYNTHIA A. DY |
| 5 | | Attorneys for Defendant Bobby R. Johnson, Jr. |
| 6 | | |
| 7 | Dated:  September 25, 2007 | KEKER & VAN NEST LLP |
| 8 | | |
| 9 | | By: /s/ Elliot R. Peters<br>        ELLIOT R. PETERS |
| 10 | | |
| 11 | | Attorneys for Defendant Timothy D. Heffner |
| 12 | Dated:  September 25, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP |
| 13 | | |
| 14 | | |
| 15 | | By: /s/ Alan R. Plutzik<br>        ALAN R. PLUTZIK |
| 16 | | Co-Lead Counsel for Plaintiffs |
| 17 | | |
| 18 | Dated:  September 25, 2007 | KELLER ROHRBACK L.L.P. |
| 19 | | |
| 20 | | By: /s/ Juli E. Farris<br>        JULI E. FARRIS |
| 21 | | Co-Lead Counsel for Plaintiffs |
| 22 | | |
| 23 | Dated:  September 25, 2007 | COOLEY GODWARD KRONISH LLP |
| 24 | | |
| 25 | | By: /s/ John C. Dwyer<br>        JOHN C. DWYER |
| 26 | | Of Counsel |
| 27 | | |
| 28 | | |

STIPULATION AND [] ORDER RE:
HEARING ON MOTION TO DISMISS AND CASE
MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-05598-RMW

-3-

3201567_1.DOC

**Attestation Pursuant to General Order 45**

I, Cynthia A. Dy, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of September, 2007 at Palo Alto, California.

/s/ CYNTHIA A. DY
CYNTHIA A. DY

\*   \*   \*   \*

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/27/07

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [] ORDER RE:             -4-                           3201567_1.DOC
HEARING ON MOTION TO DISMISS AND CASE
MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-05598-RMW