1  SHIRLI F. WEISS, Bar No. 079225
   shirli.weiss@dlapiper.com
2  GERARD A. TRIPPITELLI, Bar No. 235788
   jerry.trippitelli@dlapiper.com
3  DLA PIPER US LLP
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel: 619.699.2700
5  Fax: 619.699.2701

6  Attorneys for Nominal Defendant Foundry
   Networks, Inc. and Defendants Laurence L. Akin,
7  Ken K. Cheng, John P. Burger, Benjamin D. Taft,
   Paul L. Twombly, Richard W. Bridges, Chandra
8  Kopparapu, Ivy Pei Shan Hsu, Karl D. Triebes, Lee
   Chen, Robert W. Shackleton, William S. Kallaos,
9  Andrew K. Ludwick

10

                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN JOSE DIVISION                    *E-FILED - 11/29/07*
13

14

15  IN RE FOUNDRY NETWORKS, INC.           )   Master File No. C-06-05598-RMW
    DERIVATIVE LITIGATION,                 )
16                                         )   STIPULATION AND [XXXXXXXXXXXX]
                                           )   ORDER CONTINUING HEARING
17                                         )   ON MOTION TO DISMISS AND
                                           )   CASE MANAGEMENT
18                                         )   CONFERENCE TO
                                           )   FEBRUARY 1, 2008 AT 9:00 A.M.
19  THIS DOCUMENT RELATES TO:              )   AND 10:30 A.M., RESPECTIVELY
                                           )
20  ALL ACTIONS                            )
                                           )
21  ─────────────────────────────────────────

22       WHEREAS, pursuant to the parties' prior stipulation dated September 26, 2007 (the

23  "September 26, 2007 Stipulation"), the Court is currently scheduled to hear oral argument on

24  Nominal Defendant Foundry Networks, Inc.'s Motion to Dismiss Consolidated Derivative

25  Complaint (the "Motion to Dismiss") and hold a Case Management Conference on November

26  30, 2007;

27       WHEREAS, the purpose of the September 26, 2007 Stipulation was to reschedule the

28  hearing on the Motion to Dismiss and Case Management Conference to November 30, 2007 in

                                         -1-   STIPULATION AND [XXXXXXXXXX] ORDER RE:
                                               HEARING ON MOTION TO DISMISS AND CASE
                                               MANAGEMENT CONFERENCE
                                               MASTER FILE NO. C-06-05598-RMW
GT\6553013.1

1  order to provide the parties with an opportunity to share certain information and further discuss
2  potential resolution of the action and whether it would be useful to go to mediation;

3      WHEREAS, since the September 26, 2007 Stipulation, the parties have shared
4  information, determined it would be useful to engage in settlement negotiations and go to
5  mediation at this juncture and are in the process of selecting a mediator and scheduling a
6  mediation;

7      WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval,
8  to continue the Motion to Dismiss hearing and the Case Management Conference to February 1,
9  2008; and

10      WHEREAS, the agreed upon schedule is not for the purpose of delay, promotes judicial
11  efficiency, and will not cause prejudice to any party.

12      THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs, Foundry Networks,
13  Inc. and all of the remaining Individual Defendants, through their respective counsel of record,
14  as follows:

15      1.    The hearing on nominal defendant Foundry Networks, Inc.'s Motion to Dismiss is
16  rescheduled to February 1, 2008 at 9:00 a.m.

17      2.    The Case Management Conference is rescheduled to February 1, 2008 at 10:30
18  a.m.

19  /////
20  /////
21  /////
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

GT\6553013.1

-2- STIPULATION AND [xxxxxxxxx] ORDER RE:
HEARING ON MOTION TO DISMISS AND CASE
MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-05598-RMW

3. The parties agree that, by entering into this stipulation, they do not waive any claim, argument or defense that they may have in this action and that nothing in this stipulation limits the rights of any party to take any action not inconsistent with its express terms.

Dated: November 27, 2007                     DLA PIPER US LLP


                                             By: /s/ Gerard A. Trippitelli
                                                 GERARD A. TRIPPITELLI

                                             Attorneys for Nominal Defendant Foundry
                                             Networks, Inc. and Defendants Laurence L.
                                             Akin, Ken K. Cheng, John P. Burger, Benjamin
                                             D. Taft, Paul L. Twombly, Richard W.
                                             Bridges, Chandra Kopparapu, Ivy Pei Shan
                                             Hsu, Karl D. Triebes, Lee Chen, Robert W.
                                             Shackleton, William S. Kallaos, Andrew K.
                                             Ludwick

Dated: November 27, 2007                     WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation


                                             By: /s/ Cynthia A. Dy
                                                 CYNTHIA A. DY

                                             Attorneys for Defendant Bobby R. Johnson, Jr.

Dated: November 27, 2007                     KEKER & VAN NEST LLP


                                             By: /s/ Elliot R. Peters
                                                 ELLIOT R. PETERS

                                             Attorneys for Defendant Timothy D. Heffner

-3-   STIPULATION AND [xxxxxxxxx] ORDER RE:
      HEARING ON MOTION TO DISMISS AND CASE
      MANAGEMENT CONFERENCE
      MASTER FILE NO. C-06-05598-RMW

GT\6553013.1

| | | |
|---|---|---|
| 1 | Dated: November 27, 2007 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | By: /s/ John C. Dwyer |
| 4 | | JOHN C. DWYER |
| 5 | | Attorneys for Defendants Alfred J. Amoroso, C. Nicholas Keating, Jr., and J. Steven Young |
| 6 | Dated: November 27, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ Eric L. Zagar |
| 10 | | ERIC L. ZAGAR |
| 11 | | Co-Lead Counsel for Plaintiffs |
| 12 | Dated: November 27, 2007 | KELLER ROHRBACK L.L.P. |
| 13 | | |
| 14 | | |
| 15 | | By: /s/ Juli E. Farris |
| 16 | | JULI E. FARRIS |
| | | Co-Lead Counsel for Plaintiffs |

GT\6553013.1

-4-   STIPULATION AND [xxxxxxx] ORDER RE: HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-05598-RMW

**Attestation Pursuant to General Order 45**

I, Gerard A. Trippitelli, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of November, 2007 at San Diego, California.

> /s/ GERARD A. TRIPPITELLI
> GERARD A. TRIPPITELLI

\* \* \* \*

[xxxxxxxxxxxxx] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/29/07

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

-5- STIPULATION AND [xxxxxxxxx] ORDER RE: HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-05598-RMW

GT\6553013.1