SHIRLI F. WEISS, Bar No. 079225
shirli.weiss@dlapiper.com
GERARD A. TRIPPITELLI, Bar No. 235788
jerry.trippitelli@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

Attorneys for Nominal Defendant Foundry
Networks, Inc. and Defendants Laurence L. Akin,
Ken K. Cheng, John P. Burger, Benjamin D. Taft,
Paul L. Twombly, Richard W. Bridges, Chandra
Kopparapu, Ivy Pei Shan Hsu, Karl D. Triebes, Lee
Chen, Robert W. Shackleton, William S. Kallaos,
Andrew K. Ludwick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-Filed 1/30/08*

| | |
|---|---|
| IN RE FOUNDRY NETWORKS, INC. DERIVATIVE LITIGATION, | Master File No. C-06-05598-RMW <br><br> **STIPULATION AND [] ORDER RE: HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

WHEREAS, pursuant to the parties' prior stipulation dated November 27, 2007 (the "November Stipulation") and Order of this Court dated November 29, 2007 (the "November Order"), on February 1, 2008 the Court is currently scheduled to hear oral argument on Nominal Defendant Foundry Networks, Inc.'s Motion to Dismiss Consolidated Derivative Complaint (the "Motion to Dismiss") and hold a Case Management Conference; and

-1-   STIPULATION AND [] ORDER RE:
HEARING ON MOTION TO DISMISS AND CASE
MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-05598-RMW

GT\6558102.1

1  WHEREAS, the purpose of the November Stipulation and November Order was to
2  reschedule the hearing on the Motion to Dismiss and Case Management Conference to February
3  1, 2008 in order for the parties to engage in settlement discussions and schedule a mediation;

4  WHEREAS, since the November Stipulation and November Order, the parties have
5  continued to engage in settlement negotiations and, based on the progress thereof, have
6  determined that it has not been necessary to schedule a mediation as of yet;

7  WHEREAS, the parties have agreed to continue the Motion to Dismiss hearing and the
8  Case Management Conference to March 14, 2008;

9  THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs, Foundry Networks,
10 Inc. and all of the remaining Individual Defendants, through their respective counsel of record,
11 as follows:

12  1.  The hearing on nominal defendant Foundry Networks, Inc.'s Motion to Dismiss is
13 rescheduled to March 14, 2008 at 9:00 a.m.

14  2.  The Case Management Conference is rescheduled to March 14, 2008 at 9:00 a.m.

15  3.  The parties agree that, by entering into this stipulation, they do not waive any
16 claim, argument or defense that they may have in this action and that nothing in this stipulation
17 limits the rights of any party to take any action not inconsistent with its express terms.

20 Dated: January 24, 2008                                DLA PIPER US LLP

22                                                       By: /s/ Gerard A. Trippitelli
                                                             GERARD A. TRIPPITELLI

                                                         Attorneys for Nominal Defendant Foundry
                                                         Networks, Inc. and Defendants Laurence L.
                                                         Akin, Ken K. Cheng, John P. Burger, Benjamin
                                                         D. Taft, Paul L. Twombly, Richard W.
                                                         Bridges, Chandra Kopparapu, Ivy Pei Shan
                                                         Hsu, Karl D. Triebes, Lee Chen, Robert W.
                                                         Shackleton, William S. Kallaos, Andrew K.
                                                         Ludwick

-2-  STIPULATION AND [] ORDER RE:
HEARING ON MOTION TO DISMISS AND CASE
MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-05598-RMW

GT\6558102.1

| | | |
|---|---|---|
| 1 | Dated: January 24, 2008 | WILSON SONSINI GOODRICH & ROSATI Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Cynthia A. Dy<br>CYNTHIA A. DY |
| 5 | | Attorneys for Defendant Bobby R. Johnson, Jr. |
| 6 | | |
| 7 | Dated: January 24, 2008 | KEKER & VAN NEST LLP |
| 8 | | |
| 9 | | By: /s/ Elliot R. Peters<br>ELLIOT R. PETERS |
| 10 | | |
| 11 | | Attorneys for Defendant Timothy D. Heffner |
| 12 | Dated: January 24, 2008 | COOLEY GODWARD KRONISH LLP |
| 13 | | |
| 14 | | By: /s/ John C. Dwyer<br>JOHN C. DWYER |
| 15 | | Attorneys for Defendants Alfred J. Amoroso, C. Nicholas Keating, Jr., and J. Steven Young |
| 16 | | |
| 17 | | |
| 18 | Dated: January 24, 2008 | SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP |
| 19 | | |
| 20 | | By: /s/ Nichole Browning<br>NICHOLE BROWNING |
| 21 | | |
| 22 | | Co-Lead Counsel for Plaintiffs |
| 23 | | |
| 24 | Dated: January 24, 2008 | KELLER ROHRBACK L.L.P. |
| 25 | | |
| 26 | | By: /s/ Juli E. Farris<br>JULI E. FARRIS |
| 27 | | Co-Lead Counsel for Plaintiffs |
| 28 | | |

-3-  STIPULATION AND [] ORDER RE:
HEARING ON MOTION TO DISMISS AND CASE
MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-05598-RMW

GT\6558102.1

**Attestation Pursuant to General Order 45**

I, Gerard A. Trippitelli, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of January, 2008 at San Diego, California.

          /s/ GERARD A. TRIPPITELLI
          GERARD A. TRIPPITELLI

\* \* \* \*

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/30/08

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

-4-  STIPULATION AND [] ORDER RE: HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-05598-RMW

GT\6558102.1