SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Nichole Browning, (Bar No. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Lee D. Rudy
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Juli E. Farris (Bar No. 141716)
Elizabeth A. Leland
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3394

Counsel for Lead Plaintiffs
[*Additional Counsel Appear on Signature Page*]

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re FOUNDRY NETWORKS, INC. DERIVATIVE LITIGATION | Case No. C-06-05598-RMW |
| This Document Relates To:<br><br>All Matters | STIPULATION AND [xxxxxxxxxxxxxx] ORDER RE: HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE<br><br>Date: March 14, 2008<br>Time: 10:30 a.m.<br>Court: The Honorable Ronald M. Whyte |

WHEREAS, pursuant to the parties' prior stipulation dated January 24, 2008 (the "January Stipulation") and Order of this Court dated January 30, 2008 (the "January Order"), on March 14, 2008, the Court is currently scheduled to hear oral argument on Nominal Defendant Foundry

Networks, Inc.'s Motion to Dismiss Consolidated Derivative Complaint (the "Motion to Dismiss") and hold a Case Management Conference; and

WHEREAS, the purpose of the January Stipulation and January Order was to reschedule the hearing on the Motion to Dismiss and Case Management Conference to March 14, 2008 in order for the parties to engage in settlement discussions;

WHEREAS, since the January Stipulation and January Order, the parties have continued to engage in settlement negotiations and, based on the progress thereof, have determined that it has not been necessary to schedule a mediation as of yet;

WHEREAS, the parties have agreed to continue the Motion to Dismiss hearing and the Case Management Conference until April 18, 2008, or to such other date Ordered by the Court;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs, Foundry Networks, Inc. and all of the remaining Individual Defendants, through their respective counsel of record, as follows:

1. The hearing on nominal defendant Foundry Networks, Inc.'s Motion to Dismiss is rescheduled to April 18, 2008 at 9:00 a.m.

2. The Case Management Conference is rescheduled to April 18, 2008 at 10:30 a.m.

3. The parties agree that, by entering into this stipulation, they do not waive any claim, argument or defense that they may have in this action and that nothing in this stipulation limits the rights of any party to take any action not inconsistent with its express terms.

Dated: March 12, 2008            SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP


[s] Nichole Browning
By: NICHOLE BROWNING
Co-Lead Counsel for Plaintiffs

| | |
|---|---|
| Dated: March 12, 2008 | KELLER ROHRBACK L.L.P. |
| | [s] Juli E. Farris |
| | By: JULI E. FARRIS<br>Co-Lead Counsel for Plaintiffs |
| Dated: March 12, 2008 | DLA PIPER US LLP |
| | [s]Gerard A. Trippitelli |
| | By: GERARD A. TRIPPITELLI<br>Attorneys for Nominal Defendant Foundry Networks, Inc. and Defendants Laurence L. Akin, Ken K. Cheng, John P. Burger, Benjamin D. Taft, Paul L. Twombly, Richard W. Bridges, Chandra Kopparapu, Ivy Pei Shan Hsu, Karl D. Triebes, Lee Chen, Robert W. Shackleton, William S. Kallaos, Andrew K. Ludwick |
| Dated: March 12, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | [s] Cynthia A. Dy |
| | By: CYNTHIA A. DY<br>Attorneys for Defendant Bobby R. Johnson, Jr. |

Dated: March 12, 2008     KEKER & VAN NEST LLP


                          [s] Elliot R. Peters
                          _____
                          By: ELLIOT R. PETERS
                          Attorneys for Defendant Timothy D. Heffner

Dated: March 12, 2008     COOLEY GODWARD KRONISH LLP


                          [s] John C. Dwyer
                          _____
                          By: JOHN C. DWYER
                          Attorneys for Defendants Alfred J. Amoroso, C.
                          Nicholas Keating, Jr., and J. Steven Young

### Attestation Pursuant to General Order 45

I, Nichole Browning, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of March, 2008 at Walnut Creek, CA.

                          [s] Nichole Browning
                          _____
                          By: NICHOLE BROWNING

                    *      *      *      *

### [xxxxxxxxxxxxxx] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/13/08            _Ronald M. Whyte_
                          _____
                          THE HONORABLE RONALD M. WHYTE
                          UNITED STATES DISTRICT JUDGE