SHIRLI F. WEISS, Bar No. 079225
shirli.weiss@dlapiper.com
GERARD A. TRIPPITELLI, Bar No. 235788
jerry.trippitelli@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

Attorneys for Nominal Defendant Foundry Networks, Inc. and Defendants Laurence L. Akin, Ken K. Cheng, John P. Burger, Benjamin D. Taft, Paul L. Twombly, Richard W. Bridges, Chandra Kopparapu, Ivy Pei Shan Hsu, Karl D. Triebes, Lee Chen, Robert W. Shackleton, William S. Kallaos, Andrew K. Ludwick

[Additional Counsel Appear on Signature Page]

*E-FILED - 4/17/08*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re FOUNDRY NETWORKS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Matters | Case No. C-06-05598-RMW<br><br>STIPULATION AND [] ORDER RE: HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE<br><br>Date:     April 18, 2008<br>Time:    9:00 and 10:30 a.m.<br>Court:    The Honorable Ronald M. Whyte |

WHEREAS, pursuant to the parties' prior stipulation dated March 12, 2008 (the "March Stipulation") and Order of this Court dated March 13, 2008 (the "March Order"), on April 18, 2008, the Court is currently scheduled to hear oral argument on Nominal Defendant Foundry Networks, Inc.'s Motion to Dismiss Consolidated Derivative Complaint (the "Motion to Dismiss") and hold a Case Management Conference; and

- 2 -

WHEREAS, the purpose of the March Stipulation and March Order was to reschedule the hearing on the Motion to Dismiss and Case Management Conference to April 18, 2008 in order for the parties to further engage in settlement discussions;

WHEREAS, since the March Stipulation and March Order, the parties have continued to engage in settlement negotiations and, based on the progress thereof, have determined it is in the interests of the parties and judicial economy to continue to engage in such negotiations without holding the currently scheduled hearing on the Motion to Dismiss and the Case Management Conference;

WHEREAS, the parties have thus agreed to continue the Motion to Dismiss hearing and the Case Management Conference until May 23, 2008, or to such other date Ordered by the Court;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs, Foundry Networks, Inc. and all of the remaining Individual Defendants, through their respective counsel of record, as follows:

1.  The hearing on nominal defendant Foundry Networks, Inc.'s Motion to Dismiss is rescheduled to May 23, 2008 at 9:00 a.m.

2.  The Case Management Conference is rescheduled to May 23, 2008 at 10:30 a.m.

3.  The parties agree that, by entering into this stipulation, they do not waive any claim, argument or defense that they may have in this action and that nothing in this stipulation limits the rights of any party to take any action not inconsistent with its express terms.

Dated: April 16, 2008                     SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP

[s] Nichole Browning
By:  NICHOLE BROWNING
Co-Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: April 16, 2008 | KELLER ROHRBACK L.L.P. |
| 2 | | [s] Juli E. Farris |
| 3 | | By: JULI E. FARRIS<br>Co-Lead Counsel for Plaintiffs |
| 4 | | |
| 5 | Dated: April 16, 2008 | DLA PIPER US LLP |
| 6 | | |
| 7 | | [s]Gerard A. Trippitelli |
| 8-12 | | By: GERARD A. TRIPPITELLI<br>Attorneys for Nominal Defendant Foundry Networks, Inc. and Defendants Laurence L. Akin, Ken K. Cheng, John P. Burger, Benjamin D. Taft, Paul L. Twombly, Richard W. Bridges, Chandra Kopparapu, Ivy Pei Shan Hsu, Karl D. Triebes, Lee Chen, Robert W. Shackleton, William S. Kallaos, Andrew K. Ludwick |
| 13 | Dated: April 16, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 14 | | |
| 15 | | [s] Cynthia A. Dy |
| 16 | | By: CYNTHIA A. DY<br>Attorneys for Defendant Bobby R. Johnson, Jr. |
| 17 | | |
| 18 | Dated: April 16, 2008 | KEKER & VAN NEST LLP |
| 19 | | [s] Elliot R. Peters |
| 20 | | By: ELLIOT R. PETERS<br>Attorneys for Defendant Timothy D. Heffner |
| 21-22 | Dated: April 16, 2008 | COOLEY GODWARD KRONISH LLP |
| 23 | | [s] John C. Dwyer |
| 24 | | By: JOHN C. DWYER<br>Attorneys for Defendants Alfred J. Amoroso, C. Nicholas Keating, Jr., and J. Steven Young |

STIPULATION AND [] ORDER RE: HEARING ON MOTION TO DISMISS AND CASE
MANAGEMENT CONFERENCE (Master File No. C-06-05598-RMW)
- 3 -

GT\6567285.1

**Attestation Pursuant to General Order 45**

I, Gerard A. Trippitelli, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16 day of April, 2008 at San Diego, California.

                                                            [s] Gerard A. Trippitelli
                                                            By:  GERARD A. TRIPPITELLI

                                        *     *     *     *

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __4/17/08_____        _Ronald M. Whyte_____
                                                        THE HONORABLE RONALD M. WHYTE
                                                        UNITED STATES DISTRICT JUDGE